# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| | : | |
| v. | : | Mag. No. 24-11139 |
| | : | |
| JHONNY CEPEDA | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip Sellinger, United States Attorney for the District of New Jersey (by Alison Thompson, Assistant United States Attorney), and defendant Jhonny Cepeda (by Wanda Akin, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including December 6, 2024 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and one prior continuance having been entered in this case; and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within 30 days of the date of the defendant's arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through the defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)  Both the United States and the defendant seek additional time to work toward the successful resolution of plea negotiations, which would render trial of

this matter unnecessary, and to allow consideration by the court of a proposed plea agreement entered into by the defendant and the United States;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this __2__ day of October, 2024;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including December 6, 2024; and it is further

ORDERED that the period from the date this Order is signed through and including December 6, 2024 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                                        S/ANDRÉ M. ESPINOSA
                                                        Honorable André M. Espinosa
                                                        United States Magistrate Judge

Form and entry consented to:

/s/ *Alison Thompson*

Alison Thompson
Assistant U.S. Attorney


      /s/ Wanda Akin
Wanda Akin, Esq.
Counsel for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| | : | |
| v. | : | Mag. No. 24-11139 |
| | : | |
| RAMON HURTADO | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip Sellinger, United States Attorney for the District of New Jersey (by Alison Thompson, Assistant United States Attorney), and defendant Ramon Hurtado (by Michael Koribanics, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including December 6, 2024; and two prior continuances having been entered in this case; and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within 30 days of the date of the defendant's arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through the defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties have entered into a plea agreement and require additional time to enter it before the Court;

2. The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary to effectively prepare for a plea hearing, taking into account the exercise of due diligence;

3.  The additional time sought will allow the court to consider the proposed plea agreement entered into by the defendant and the United States;

4.  The defendant has consented to the aforementioned continuance;

5.  The grant of a continuance will likely conserve judicial resources; and

6.  Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this __2__ day of October, 2024;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including December 6, 2024; and it is further

ORDERED that the period from the date this Order is signed through and including December 6, 2024 shall be excludable in computing time under the Speedy Trial Act of 1974.

S/ANDRÉ M. ESPINOSA

Honorable André M. Espinosa
United States Magistrate Judge

Form and entry consented to:

/s/ *Alison Thompson*

Alison Thompson
Assistant U.S. Attorney


/s/ Michael Koribanics

Michael Koribanics, Esq.
Counsel for Defendant